IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRAD GARRETT ODELL,

    Petitioner,        No. CIV S-03-0763 FCD JFM P

    vs.

MIKE KNOWLES, et al.,

    Respondents.        ORDER

_____/

        Petitioner has requested an extension of time to file and serve objections to the August 26, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's September 12, 2005 request for an extension of time is granted; and

        2. Petitioner shall file and serve his objections to the August 26, 2005 findings and recommendations on or before October 11, 2005.

DATED: September 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf;odel0763.111