IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRAD GARRETT ODELL,

    Petitioner,                    No. CIV S-03-0763 FCD JFM P

    vs.

MIKE KNOWLES, et al.,

    Respondents.              ORDER

                                 /

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment denying the petition was entered on October 27, 2005. On November 30, 2005, petitioner filed a motion for an extension of time to file a notice of appeal, together with a notice of appeal, a motion to proceed in forma pauperis on appeal, and an application for a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

        Petitioner's motion for an extension of time to file a notice of appeal is timely filed. See Fed. R. App. 4(a)(5)(A).[1] The motion is predicated on petitioner's alleged inability to timely obtain from prison officials a certified copy of his inmate trust account statement. On

---

[1] All of the documents filed by petitioner are dated November 27, 2005. Even if that is deemed the filing date, see Houston v. Lack, 487 U.S. 266 (1988), the documents were filed one day after expiration of the thirty day period for filing a notice of appeal in this action. See Fed. R. App. P. 4(a)(1).

1

1  December 2, 2005, petitioner filed a copy of his inmate trust account statement certified by
2  prison officials on November 15, 2005.  It appears that the delay in petitioner's receipt of the
3  certified statement may have been due to a prison lockdown.  Good cause appearing, petitioner's
4  motion for an extension of time to file a notice of appeal will be granted and petitioner's
5  November 30, 2005 notice of appeal will be deemed timely filed.

6        Petitioner paid the filing fee for this action in this court.  Examination of the in
7  forma pauperis application filed with the notice of appeal reveals that petitioner is unable to
8  afford the costs of appeal.  Accordingly, the motion for leave to proceed in forma pauperis on
9  appeal will be granted.  See 28 U.S.C. § 1915(a).

10        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the
11  applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.
12  § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues
13  satisfy the required showing or must state the reasons why such a certificate should not issue.
14  Fed. R. App. P. 22(b).  For the reasons set forth in the magistrate judge's August 26, 2005
15  findings and recommendations, petitioner has not made a substantial showing of the denial of a
16  constitutional right.  Accordingly, petitioner's request for a certificate of appealability will be
17  denied.

18        In accordance with the above, IT IS HEREBY ORDERED that:

19      1. Petitioner's November 30, 2005 motion for an extension of time to file a notice
20  of appeal is granted;

21      2. Petitioner's November 30, 2005 notice of appeal is deemed timely filed;

22      3. Petitioner's November 30, 2005 motion for leave to proceed in forma pauperis
23  on appeal is granted;

24      4. Petitioner's November 30, 2005 application for a certificate of appealability is
25  denied; and

26  /////

5. The Clerk of the Court is directed to process petitioner's appeal to the United States Court of Appeals for the Ninth Circuit.

DATED: March 31, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge